No. 92. UNITED STATES EX REL. ROBERT A. WIDENMANN *v.* CHARLES E. HUGHES, AS SECRETARY OF STATE, ETC. Error to the Court of Appeals of the District of Columbia. Motion to dismiss or affirm submitted December 12, 1921. Decided December 19, 1921. *Per Curiam.* Affirmed upon the authority of the *National Prohibition Cases*, 253 U. S. 350. *Mr. George W. Tucker* and *Mr. Everett V. Abbott* for plaintiff in error. *Mr. Solicitor General Beck* for defendant in error.

----

No. 155. UNITED STATES EX REL. HARRY S. MECARTNEY *v.* BAINBRIDGE COLBY, SECRETARY OF STATE ET AL. Error to the Court of Appeals of the District of Columbia. Motion to dismiss or affirm submitted December 12, 1921. Decided December 19, 1921. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Farrell* v. *O'Brien*, 199 U. S. 89, 100; *Toop* v. *Ulysses Land Co.*, 237 U. S. 580, 583; *Piedmont Power & Light Co.* v. *Graham*, 253 U. S. 193, 195. *Mr. Harry S. Mecartney* and *Mr. W. C. Sullivan* for plaintiff in error. *Mr. Solicitor General Beck* for defendants in error.